UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 15 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
) 4:17CR532 HEA/NAB
TALEB JAWHER, )
)
Defendant. )

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about September 26, 2017, in the Eastern District of Missouri,

**TALEB JAWHER,**

the defendant herein, then being an alien illegally and unlawfully in the United States, and a prohibited person as described by statute and defined by the United States Sentencing Guidelines, did knowingly and intentionally possess in and affecting interstate commerce, a firearm, to wit: a Taurus make, PT140G2 model, .40 S&W caliber semi-automatic pistol, serial number SIN52402, which had been transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(5)(A), and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney