UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:17-cr-532 HEA |
| | ) |
| TALEB JAWHER, | ) |
| | ) |
|     Defendants. | ) |

**MOTION TO WITHDRTAW**

COMES NOW Counsel, N. Scott Rosenblum, and hereby moves this Court for permission to withdraw from further representation of Defendant. In support of this motion, counsel states as follows:

1. In November 2017, Defendant hired counsel's firm to represent him in the above-styled cause.

2. Pursuant to an agreement, counsel's firm represented Defendant from the outset of the case through sentencing on January 23, 2019. *See* Doc. Text 77-79.

3. Thereafter, the Eighth Circuit Court of Appeals appointed counsel's firm under the Criminal Justice Act (the Act) to represent Defendant on appeal. *See* Doc. Text #88.

4. Consistent with the firm's obligations under the Act, the firm represented Defendant on appeal through the date on which the Eighth Circuit issued its mandate vacating and remanding this Court's judgment. *See* Doc. Text #106.

5. Since that date, Defendant has not hired counsel or counsel's firm to represent him in the proceedings before this Court.

6. Counsel has discussed this matter with Defendant and his family on multiple occasions and urged them to hire counsel to represent Defendant.

1

7. Defendant and his family have yet to hire counsel, whether in this firm or any other.

8. Despite this fact, counsel has continued to work on Defendant's case.

9. Among other things, counsel's firm has filed pretrial motions, resolved outstanding financial matters with the Bureau of Prisons, and planned Defendant's defense, including arranging for one or more witnesses to testify on his behalf at trial.

10. Still, Defendant has yet to hire counsel or pay counsel's firm in connection with the work it has performed on Defendant's behalf since termination of his successful appeal.

WHEREFORE, Defendant respectfully requests permission to withdraw from further representation of Defendant.
.

Respectfully submitted,

By:   */s/ N. Scott Rosenblum*

N. SCOTT ROSENBLUM, # 33390 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332
srosenblum@rsflawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2021, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John J. Ware, assistant United States attorney.

2