UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:17-cr-532 HEA |
| | ) |
| TALEB JAWHER, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO CONTINUE TRIAL**

COMES NOW Defendant, by and through counsel, and hereby moves this Court to continue the trial set for October 18 for sixty days. In support of this motion, Defendant states as follows:

1. Earlier today, counsel moved to withdraw from further representation of Defendant.

2. As noted in counsel's motion, Defendant has not hired counsel or counsel's firm to represent him in the proceedings pending before this Court.

3. Through counsel, Defendant files this motion to obtain the time needed to hire counsel or move for appointment of counsel through the Office the Federal Public Defender or under the Criminal Justice Act.

WHEREFORE, Defendant respectfully requests this Court to continue the trial set for October 18 for sixty days.
.

1

          Respectfully submitted,

By:   */s/ N. Scott Rosenblum*

      N. SCOTT ROSENBLUM, # 33390 MO
      Attorney for Defendant
      120 S. Central Avenue, Suite 130
      Clayton, Missouri 63105
      (314) 862-4332
      srosenblum@rsflawfirm.com

### CERTIFICATE OF SERVICE

    I hereby certify that on September 27, 2021, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John J. Ware, assistant United States attorney.