# EXHIBIT LIST

## Style: USA v. Taleb Jawher
## Case No: 4:17-cr-532-HEA

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 1 | | | 8/12/22 | | | St. Louis Metropolitan Police Report | |
| 2 | | | 8/12/22 | | | Witness Statements | |
| 3 | | | 8/12/22 | | | Belleville Police Report | |
| 4 | | | 8/12/22 | | | Audio Recording | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Case: 4:17-cr-00532-HEA   Doc. #:  185   Filed: 08/12/22   Page: 1 of 1 PageID #: 654